# ALABAMA COURT OF CRIMINAL APPEALS



September 19, 2025

**CR-2024-1035**
Curtis Lebarron Bennett, Jr. v. State of Alabama (Appeal from Mobile Circuit
Court:  CC-18-4334.60, CC-18-4335.60, CC-18-4336.60, CC-18-4341.60, CC-18-
4342.60, CC-18-4489.60, CC-19-2837.60, CC-19-2838.60, CC-19-2839.60, CC-19-
2840.60, CC-19-2841.60 and CC-19-2842.60)

## <u>NOTICE</u>

You are hereby notified that on September 19, 2025, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk